IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISMAEL MORENO RODRIGUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Criminal Action No. H-04-81-02 |
| | § | Civil Action No. H-05-3203 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

As the Court has granted Respondent United States of America's Motion to Dismiss and denied Ismael Moreno-Rodriguez's Motion to Vacate, Set Aside, or Correct Sentence, the Court hereby

ORDERS that final judgment be entered. Petitioner's claims against Respondent are DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 3rd day of March, 2006

_David Hittner_

DAVID HITTNER

United States District Judge